

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00576-CR

MICHAEL FRED WEHRENBERG                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

## FROM THE 43RD DISTRICT COURT OF PARKER COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Michael Fred Wehrenberg attempts to appeal from his conviction for possession of a controlled substance, methamphetamine, of one gram or more but less than four grams. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On January 3, 2012, we notified Wehrenberg that this appeal may be dismissed

---

[1]*See* Tex. R. App. P. 47.4.

unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. Wehrenberg's appellate counsel filed a response agreeing that "there is no right to appeal in this cause"; thus, no grounds were shown for continuing the appeal. In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

SUE WALKER
JUSTICE

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 2, 2012